```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| NATIONAL BEEF, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3119 |
| | ) | |
| v. | ) | |
| | ) | |
| GERALD H. LINDSEY, DALE | ) | ORDER |
| LINDSEY and DEBORAH | ) | |
| CATHERALL, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Defendant's answer, filing 3, raises a motion to dismiss for subject matter jurisdiction under Fed. R. Civ. P. 12(b)(1).  This matter needs to be briefed at the outset of the case for the court's consideration.  Accordingly,

IT IS ORDERED:

1. Defendant is given until June 29, 2006 to file its supporting brief.

2. Plaintiff is given until July 24, 2006 to file a responsive brief.

3. Any reply brief by the defendant must be filed on or before August 3, 2006.

DATED this 9th day of June, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge