IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NATIONAL BEEF, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3119 |
| | ) | |
| v. | ) | |
| | ) | |
| GERALD H. LINDSEY, DALE LINDSEY, and DEBORAH CATHERALL, | ) ) ) | ORDER |
| | ) | |
| Defendants. | ) ) | |

The parties all seem to agree that this court has no subject matter jurisdiction over this case, and that it should be remanded to the District Court of Phelps County, Nebraska.

IT THEREFORE HEREBY IS ORDERED:

1. The motions to remand, filings 7 and 10, are granted and this case is remanded to the District Court of Phelps County, Nebraska.

2. All other pending motions are denied as moot.

DATED this 20th day of July, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge